**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |  |
|---|---|---|
| Best Western International, Inc., | ) | No. CV 04-0132-PHX-PGR |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | **ORDER** |
|  | ) |  |
| Oasis Investments, L.P., et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

This Court having granted Plaintiff Best Western International, Inc.'s ("Best Western") Motion for Partial Summary Judgment as to Counts I and II in its Complaint, and having considered Best Western's Motion for Award of Attorneys' Fees and Non-Taxable Expenses,

IT IS ORDERED that judgment is entered against Defendants Oasis Investments, L.P. and Richard M. Knapp ("Defendants") in the amount of $152,293.79 on Counts I and II of Best Western's Complaint; and in the amount of $9,601.80 representing the award of attorneys' fees and non-taxable expenses. Interest shall accrue on the foregoing amounts at the rate of 10% per annum until paid.

IT IS FURTHER ORDERED that Counts III through IX of the Plaintiff's Complaint are hereby dismissed.

DATED this 3rd day of April, 2006.

Paul G. Rosenblatt
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28